LOWELL M. PALMER et al., Respondents, *v.* THE STATE
OF NEW YORK, Appellant.

(Submitted December 17, 1917; decided December 21, 1917.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 220 N. Y.
565.)